UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **1:23-cr-00055-TWP-MJD** |
| ) | |
| BILLIE DAVIS ) | |
| Defendant. ) | |

## APPEARANCE

TO: CLERK OF COURT

Please enter the appearance of Leslie D. Wine, Indiana Federal Community Defenders, Inc., as attorney for the Defendant.

Dated: April 26, 2023

> *Leslie D. Wine*
> Leslie D. Wine
> Indiana Federal Community Defenders, Inc.
> 111 Monument Circle, Ste. 3200
> Indianapolis, IN. 46204-5172
> (317) 383-3520
> Leslie_Wine@fd.org
> Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify that on April 26, 2023, a copy of the foregoing was electronically filed with the Clerk's Office. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

> *Leslie D. Wine*
> Leslie D. Wine