**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **1:23-cr-00055-TWP-MJD** |
| | ) | |
| **BILLIE DAVIS,** | ) | |
| **Defendant.** | ) | |

**<u>SENTENCING MEMORANDUM</u>**

This sentencing memorandum is based upon meetings with Billie Davis as well as interviews with the following individuals:



In addition, the following records were reviewed:

A.    Health



7. 
8.
9.
10.
11.

B.    Legal
1.    Monroe County Circuit Court Records
a.  53C07-
b.  53C07-
c.  53C07-
d.  53C07-
e.  53C07-
f.  53C07-
g.  53C07-
h.  53C07-
2.    Morgan County Court Records
a.  55C01-
3.

C.    Miscellaneous Records
1.

## TABLE OF CONTENTS

1. ██████ ............................................................................................... 3
2. █████ ................................................................................................ 4
3. ███████████████████████████ .............. 5
4. ███████ .......................................................................................... 6
5. ████████ ......................................................................................... 8
6. █████████ ...................................................................................... 9
7. ███████████████████████████████ 15
8. ████████ ......................................................................................... 16
9. █████████ ...................................................................................... 17
10. ████████ ....................................................................................... 19
11. █████ ............................................................................................. 21
12. ██████ ........................................................................................... 23

## 1. Introduction

Billie Davis's life has been ███████████████████. She has ████████████████████ ████████████████████████ Billie has █████████████████████████ ████████████████████████████

Billie's life has been ████████████████. She was █████████████████████. She was ████. ███████████. She was █████. Billie has been █████████████████ She cared for her ███████████████████████████ ████. She found █████████

Billie has also been ████████████████████. Like many people ██████████, Billie has not had ███████████████████████████. Her life has been a ████, ████, ████, ████, and ████████████. Although these █████████████████ ████ she has never had access to the level ████████████████████████.

In the nearly two years since her arrest, Billie has ████████████████. Jail is a difficult place for anyone, █████████████████████. Her combination of ███████████████████████████████ and ████████████ are ████████████████. She ████. In jail ████████████████.

The time in jail has also been a tremendous learning experience. She has had the ████████████████████. She has found a ████████████████████ – ████████████████████ She has looked within herself and realized ████████████████.

Billie Davis has the tools ████████████████. Everyone who knows her speaks of her kindness and generosity. Her thoughtful letters and gifts have endeared her to many people. ████████████████ she is one of the nicest people they have ever known. Billie is ████████████████ ████████. She wants to be the person others know and love. Billie wants to ████████████████████████ She wants to ████████████████████████.



## 2. Bitter Roots

Billie Davis's █████████████████████████████████████████████
████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████

██████████████████ and that caused ██████████████████████████
███████████████████████████████ Before the suit could continue,
████████████████████████████████████████████████

She was ███████████████████████████. She felt she had ████████
██████████████████████████████████████████████

█████████████████████████████████████████████████████████████
███████████████████████ more children followed, with the youngest,
██████████████████████.



Billie
Ranard

Less than two years later, ████████████████████████████.
████████████████████████████████████████████████████████████████
█████████████████████████████████████████████

███████ was suddenly a ████████████████████████████. Her oldest, █████ was
█████████████████. She received a small, ongoing
██████████████ but their living condition ██████████████████████
████████████████████████████████████████████████

In the coming years, ██████████████████████████████████████████
████ would become █████████████████████████████████. They began
█████████████████████████, and their names ███████████████████████
████████████████████. Most of these were around █████████████
██████████████████ their sister, █████████████████████████████████
███████████████████.

Two months after she ██████████████████████████████████████████████
████████████████████████████████████████████████████████████████
█████████████████████████████████████████████.

That child, █████████████████████████████████████████████████████
███████████████████████████████████████████████████████! ████ told
████████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
████████████████.

Billie's ████████████████████████████████████████████████████ in
1965. He was ███████████████████████████████████. Five months after
████████████████████████████████████████████. He
████████████████████████████████████████████████████████████████
██████████████████████████████████████████████.

████████████████████████████████████████████████████████████████
████. A main house, a couple of outbuildings, and a smaller cabin sat on the property.
████████████████████████████████████████████████████████████████
██████████████████████████████████.

## 3.  The Hill

████████ envisioned ████████ as a way to turn ████████████████████
████████. He imagined it as a place where they could gather over the years and ████
████████████████████████████████████████████████████████████████
███████████████████████████████████.

It would be the ████████████████████████████████████ that would ████████
█████████. His ████████████████████████████████████████████ were
increasingly ████████████████████████████. They began to use ███████████
████████████████████. The concerts would begin as celebrations,

██████████████████████████████. People would show up ████████████████

███████████████████████████████████████████████████████████ after getting into ████. One of the men

████████. That same year, ███████████████████████████████████

████████████████████████████

Billie ███████████████████████████████████ She was a sweet little girl who liked to make friends and play. It was her innate good nature that ████████████ ████████████████████████████ Billie began to ████████ She wanted to be ready ███████████████████.

████████████████████████████

Billie continued to ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

The year after ████ was born, ████████ married a man named ████████████████. Together they had a ████ named ████████████. ████████████████ all moved in together to a house at ████████████████ in Martinsville.

████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

4. ██████████████████

Billie continued to persevere ████████████████. In ████ grade, she was in class at ████████████████. She was a good student, earning "A"s and making friends. She did a class project on the explorer Sir Francis Drake. Her natural intelligence and work ethic seemed to promise a bright future.

Those gifts could not insulate her from the darkness around her. ████████████████████████████████████████████████████████████████████████████████████████████████████████████

███████████████████████ daughter's first birthday party when Billie – then eleven – played the character of Raggedy Ann to amuse the other children in the family.

As Billie performed in front of her family, ████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
███████

████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
██████████████████████████

████████████████████████████████████████████████████████████
███████████████████████████               ████████████████████
███████████████████████████               ████████████████████
███████████████████████████               ████████████████████
███████████████████████████               ████████████████████
███████████████████████████               ████████████████████
█████████████████████               ████████████████████
████████████████████               ████████████████████

████████████████████████████████████████████████████████████
██████████████████████████████ Billie was telling the truth.

████████████████████████████████████████████████████████████



5. 

As Billie entered her teens, she had already experienced ████████████. She was

One bright spot in Billie's life at that time was her friendship with a classmate,



When Billie was fifteen,

6.

Billie was a ▇▇▇▇▇▇ at ▇▇▇▇▇▇▇▇▇ when she turned sixteen years old. She was a good student, and well-liked by her teachers. They saw something in Billie and encouraged her to finish school.



████████████████████████████████████ On that sunny late spring day Billie believed her life had taken a turn for the better.

Things started off well. ████████████████████

**Billie and Greg, The Reporter-Times, June 8th, 1984**



Billie had remained friends with her old classmate

However, ███████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
██████████████████████████████

Her ███████████ was a tremendous blow to Billie. ████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████

**Angela Ford**

Angela Lynn Miller Ford, 23, daughter of James Robert Miller of Evansville, died Sun-



Angela Ford

day at her home in Martinsville, Ind., from carbon monoxide poisoning, according to the coroner's report.

██████ would continue to be █████████. Her ████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
███████████

Soon after ████████████████████████████████████
████████████████████████████████████████

Billie was the █████████████████████████████████
████████████████████████████████████████████
████████████████████████

████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
██████████████████████████

████████████████████████████████████████████
████████████████████████████████████████████



Billie got a small apartment ███████████████████████████████████████████████ ███████████████████████████████ She began to believe that she might finally be making her own dreams come true.



███████████████████████████████████████████████ before. When she

7. ███████████████████████

People who know her well ██████████████████████████████████
█████████████████████████████████ Whereas she had
██████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
████████████████████████████████

Her ████████████████████████████████████████████████
██████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
████████████████████████████████████████

As part of that ███████████████████████████████████████
██████████████████████████████████████████████████████████
███████████████

She was sent to ████████████████████████████████████████
██████████████████████████████████████████████████████████
██████████████████████████████████████████████████

██████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████

███████████████████████████████████████████████ she married
████████████████████████████████ was Black, and his family objected to him marrying Billie because she was white. Billie was living in ████████████ at the time and had a diverse

friend group. The ████████████████████████████ ████████████
████████████████████████████.

████████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████

8.   ████████████████████

When she was ███████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████

She █████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████

The next year, in ████, Billie met ████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████

████ had a profoundly negative impact on Billie over their time together.
████████████████████████████████████████████
████████████████████████████████████

He affected her physical health, too. ████████ █████████████████
████████████████████████████████████████████
████████████████████████████████

She became ███████████████████████████ ████

Billie's ████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
███████████

9.   ████████████████████

As she grew older, Billie hoped to build a relationship with ██████████████████
████████████████████████████████████████ .



Billie was



Brenda Ranard in hospice, 20

Billie's

The

Billie

Billie's life ████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████

Billie continued ██████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████

Billie also had made strong connections ██████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████

10. ████████████████████

Billie looked forward to the day ██████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████

When ████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████





11.

Billie was

When she has these

Billie's

Part of the reason

Billie has had an

When Billie encounters

Correctional settings

When she is in



12. ████████████

Despite everything that has happened in her life, Billie has hope for the future. ███
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████.

In a broader sense, Billie ██████████████████████████████████
██████████████████████████ Her friendliness and desire to connect with people makes
██████████████████. She simply wants to have a healthy, modest life she can be
proud of.

She has strong supports in the community. ████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████.

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████



Respectfully submitted,
*/s/John P. Cocco*
John P. Cocco

John P. Cocco, MSW, LCSW
Indiana Federal Community Defenders
111 Monument Circle, Ste. 3200
Indianapolis, IN 46204
T: (317) 383-3520
F: (317) 383-3525