UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:23-cr-00055-TWP-MJD |
| BILLIE DAVIS, | ) ) | -01 |
| Defendant. | ) ) | |

**ENTRY FOR DECEMBER 11, 2024**
**THE HONORABLE TANYA WALTON PRATT, CHIEF JUDGE**

The Government appeared by Peter Blackett, Assistant United States Attorney, and Anita Channapati, Department of Justice Attorney. The Defendant Billie Davis appeared in person, in custody, and by FCD counsel Leslie Wine and Sam Ansell. Gerald Smith appeared on behalf of the United States Probation Office. Russell Warlick attended as agent for the Government. David Moxley was the Court Reporter. Parties appeared for a Sentencing hearing at the Indianapolis Courthouse.

On September 17, 2024, Defendant was adjudged guilty of Count 1: violation of the Hate Crime Act as charged in the Indictment.

The parties were heard with respect to the sentence and application of the Sentencing Guidelines. Victim impact statements were presented from the following: Linda Foley, Jeffrey McDole, Tara R. Vanderwoude, Mason Foley, Brian Foley, Zoe Foley, and Riley Crump.

Pursuant to the Sentencing Reform Act of 1984, sentence was imposed as stated on the record, including:

Incarceration:  The Defendant was sentenced to the custody of the Bureau of Prisons for a term of 72 months on Count 1.

<u>Fine</u>: The Court ordered a fine of $500.00. The Court waived the interest requirement.

<u>Supervised Release</u>: The Defendant shall be placed on supervised release for a term of 3 years on Count 1. The Court imposed the mandatory conditions pursuant to 18 U.S. Code §§ 3563 and 3583. To promote respect for the law, prevent recidivism, and aide in adequate supervision, the Defendant shall also comply with the conditions of supervision which are referenced in the Presentence Investigation Report. Neither the Government nor the Defendant had any objection to the conditions that were recommended by the probation officer, and the reading of those conditions into the record were waived. The Court imposed all the conditions listed in the Presentence Investigation Report.

<u>Recommendation</u>: The Court recommends placement at FCI Tallahassee including substance abuse treatment through RDAP.

The Defendant shall pay to the United States a special assessment of $100. Payment of the special assessment shall be due immediately and is to be made directly to the Clerk, U.S. District Court.

The Defendant was advised of the right to appeal.

The Defendant was remanded to the custody of the U.S. Marshals Service.

The Judgment is forthcoming.

**IT IS SO ORDERED.**

Date: 12/11/2024

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Harold Samuel Ansell
INDIANA FEDERAL COMMUNITY DEFENDERS
Sam_Ansell@fd.org

Peter A. Blackett
DOJ-USAO
peter.blackett@usdoj.gov

Anita T. Channapati
US DEPARTMENT OF JUSTICE, CIVIL RIGHTS DIVISION
anita.channapati@usdoj.gov

Barry Kent Disney, I
DOJ-Crm
barry.disney@usdoj.gov

Leslie D. Wine
INDIANA FEDERAL COMMUNITY DEFENDERS
leslie_wine@fd.org

Electronic notice to USPO

Case 1:23-cr-00055-TWP-MJD   Document 128   Filed 12/11/24   Page 3 of 3 PageID #: 764